#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA JACKSON : | |
| : | 2:19-cv-00760-JMY |
| vs. : | |
| : | |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY : | |

### **ORDER**

AND NOW, this 30th day of March, 2021, upon consideration of the Motion for Summary Judgment filed by the Defendants (ECF NO. 32) and all papers filed in support thereof and in opposition thereto, it is hereby ORDERED and DECREED that said motion shall be DENIED.

By the Court:

  /s/ John Milton Younge
Judge John Milton Younge