IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA JACKSON | : | |
| | : | No. 19-cv-0760-JMY |
| vs. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : : | |

**ORDER**

AND NOW, this 6th day of August, 2021, upon consideration of the Motion for Reconsideration filed by SEPTA (ECF NO. 44), all papers submitted in support thereof and in opposition thereto, and the argument held before the Court on May 19, 2021, it is hereby ORDERED that said Motion for Reconsideration shall be GRANTED.

It is further ORDERED that the Order (ECF No. 43) and Memorandum (ECF No. 42) entered by the Court on March 30, 2021 shall be VACATED, and the Motion for Summary Judgment filed by SEPTA (ECF No. 32) shall be GRANTED.

The Clerk of Court is DIRECTED to mark this matter CLOSED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge